Walter WEBB, Appellant,

v.

The STATE of Texas, Appellee.

No. 28690.

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

Essex WIGFALL, Appellant,

v.

The STATE of Texas, Appellee.

No. 28707.

Court of Criminal Appeals of Texas.

Jan. 2, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for assault with intent to murder without malice; the punishment, one year in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is robbery by assault; the punishment, seven years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.